AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bernthal, David G. | U.S. District Court, CD/IL | 05/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/87 | Deferred Compensation Plan, State of Illinois (former employee) (See Notes Part VIII) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2014 | Self-Employed (Real Estate Broker) |
| 2. 2014 | Retail |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | IPLAC (Intellectual Property Law Association of Chicago) | 2/7/14-2/8/14 | Chicago, IL | Moot Court Competition | Lodging/Parking/Mileage |
| 2. | Illinois State Bar Association | 12/12/14-12/13/14Retail | Chicago, IL | Committee Meeting | Committee Meeting |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Midland State Bank | Business Line of Credit | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marine Bank | A | Interest | J | T | | | | | |
| 2. Angeles Partners XIV | A | Rent | J | W | | | | | |
| 3. Busey Bank Account | A | Interest | J | T | | | | | |
| 4. Busey Bank Account | A | Interest | J | T | | | | | |
| 5. Buey Bank Account | A | Interest | J | T | | | | | |
| 6. Busey Bank Account | A | Interest | J | T | | | | | |
| 7. Busey Bank Account | A | Interest | J | T | | | | | |
| 8. Busey Bank Account | A | Interest | J | T | | | | | |
| 9. T. Rowe Price Retirement 2010 Fund | A | Dividend | L | T | | | | | |
| 10. State University Retirement System | A | Interest | | | Sold | 02/07/14 | J | A | |
| 11. Busey Bank Account | A | Interest | J | T | | | | | |
| 12. MFS Value Fund Class I (MEIIX (IRA) | C | Dividend | L | T | | | | | |
| 13. Leader Short Term Fund Bond Institutional Fund LCCIX (IRA) | A | Dividend | K | T | | | | | |
| 14. Parnassus Mid-Cap Fund PARMX (IRA) | B | Dividend | L | T | | | | | |
| 15. Principal Global Real Estate Securities Fnd POSPX (IRA) | A | Dividend | K | T | | | | | |
| 16. Virtus Multi-Sector Short Term Bond Fund Class I PIMSX (IRA) | A | Dividend | | | Sold | 01/27/14 | K | | |
| 17. Templeton Global Bond Fund Advisor Class TGBAX (IRA) | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New World Fund Class F-2 NFFFX (IRA) | B | Dividend | K | T | | | | | |
| 19. Prudential Absolute Return Bond Fund Class Z PADZX (IRA) | A | Dividend | K | T | | | | | |
| 20. TWC Select Equities FD Class I TGCEX (IRA) | | None | | | Sold | 05/14/14 | L | | |
| 21. Putnam Convertible Securities Fund Class Y PCGYX (IRA) | B | Dividend | K | T | | | | | |
| 22. Oppenheimer Senior Floating Rate Fund Class Y OOSYX (IRA) | B | Dividend | K | T | | | | | |
| 23. Mainstay Marketfield Fund Class I MFLDX (IRA) | | None | | | Sold | 05/02/14 | K | | |
| 24. The Oakmark International Fund Class I OAKIX (IRA) | B | Dividend | K | T | | | | | |
| 25. Franklin International Small Cap Growth Fund Advisor Class FKSCX (IRA) | | None | | | Sold | 12/10/14 | K | | |
| 26. Eaton Vance Floating Rate Advantage FD Class I EIFAX (IRA) | B | Dividend | K | T | | | | | |
| 27. TCW Relative Value (Formerly Dividend Focused Fund) TGIGX (IRA) | A | Dividend | L | T | | | | | |
| 28. Ridgeworth High Income Fund Class I STHZX (IRA) | B | Dividend | K | T | | | | | |
| 29. Oppenheimer International Growth Fund Class Y OIGYX (IRA) | | None | | | Sold | 12/10/14 | K | | |
| 30. T. Rowe Price New Horizons PRNHX (IRA) | C | Dividend | K | T | | | | | |
| 31. Principal Midcap Fund Class P PMCPX (IRA) | C | Dividend | L | T | | | | | |
| 32. Pimco Income Fund Class D PONDX (IRA) | C | Dividend | K | T | | | | | |
| 33. Alliance Bernstein High Income Fund Advisor Class AGDYX (IRA) | C | Dividend | K | T | | | | | |
| 34. Fidelity Advisor New Insights Fund Class I FINSX (IRA) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hancock Horizon Family Burkenroad Fund Class D HYBUX (IRA) | A | Dividend | K | T | | | | | |
| 36. Transamerica Short-Term Bond Fund TSTIX (IRA) | A | Dividend | J | T | | | | | |
| 37. T Rowe Price Stable Return Fund (IRA) | A | Dividend | J | T | | | | | |
| 38. Lord Abbott Large Cap Core Stra. Sep. (IRA) | A | Interest | J | T | | 09/24/14 | | | See Note - Pt. VIII |
| 39. Pershing Government Account (IRA) | | None | J | T | | | | | |
| 40. Goldman Sachs Strategic Income Fund Class I GSZIX (IRA) | B | Dividend | K | T | Buy | 01/27/14 | L | | |
| 41. Invesco Equally Weighted S&P 500 Class Y VADDX (IRA) | A | Dividend | K | T | Buy | 12/10/14 | K | | |
| 42. Ivy International Core Equity Fund Class I ICEIX (IRA) | C | Dividend | K | T | Buy | 12/10/14 | K | | |
| 43. Maingate MLP Fund Institutional Class IMLPX (IRA) | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 44. Putnam Multi-Cap Core Fund Class Y PMYYX (IRA) | B | Dividend | L | T | Buy | 05/15/14 | L | | |
| 45. Calamos Evolving World Growth Fund CNWIX (Spouse IRA) | | None | | | Sold | 11/03/14 | J | | |
| 46. Hancock Horizon Family Burkenroad Fund HYBUX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 47. MFS International Value Fund MINIX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 48. T. Rowe Price Extended Equity Market Index PEXMX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 49. Sun America Focused Dividend Stategy Fund FDSWX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 50. Eaton Vance Floating Rate Fund EABLX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 51. Leader Short Term Bond Fund LCCIX (Spouse IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Strategic Income Fund GSZIX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 53. Ivy High Income Fund IVHIX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 54. Maingate MLP Fund Institutional Class IMLPX (Spouse IRA) | | None | J | T | Buy | 11/25/14 | J | | |
| 55. Pershing Government Account (Spouse IRA) | | None | J | T | | | | | |
| 56. Sun America Focused Dividend Strategy Fund FDSWX (Spouse SEP) | A | Dividend | J | T | | | | | |
| 57. Invesco Equally Weighted S&P 500 Fund VADDX (Spouse SEP) | A | Dividend | J | T | | | | | |
| 58. Vanguard Index Trust Total Stock VTSMX (Spouse SEP) | A | Dividend | K | T | Buy | 04/10/14 | K | | |
| 59. Pershing Government Account (Spouse SEP) | | None | J | T | | | | | |
| 60. Federated Capital Reserves Money Fund (IND) | | None | J | T | Open | 12/10/14 | J | | |
| 61. Cozad Small Cap Value Fund Class I COZIX (IND) | A | Dividend | K | T | Buy | 12/10/14 | K | | |
| 62. Delaware Value Fund Class I DDVIX (IND) | A | Dividend | K | T | Buy | 12/10/14 | K | | |
| 63. Federated Capital Reserves Money Fund (IND EI) | A | Interest | J | T | Open | 02/06/14 | J | | |
| 64. American Electric Power Co AEP (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 65. American Software Inc CL A AMSWA (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 66. American STS Water Co AWR (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 67. Annaly Cap Mgmt Inc NLY (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 68. Apollo Invt Corp AINV (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ARES Cap Corp ARCC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 70. B&G Foods BGS (IND EI) | | None | | | Buy | 02/12/14 | J | | |
| 71. B&G Foods BGS (IND EI) | | None | | | Sold | 03/14/14 | J | | |
| 72. Bristol Myers Squibb BMY (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 73. CA Inc CA (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 74. Calamos Asset Mgmt Inc Cl A CLMS (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 75. Conagra Foods Inc CAG (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 76. Consolidated Communications Hldgs CNSL (IND EI) | | None | J | T | Buy | 12/19/14 | J | | |
| 77. Darden Restaurants Inc DRI (IND EI) | | None | | | Buy | 02/12/14 | J | | |
| 78. Darden Restaurants Inc DRI (IND EI) | | None | | | Sold | 03/14/14 | J | | |
| 79. Diebold Inc DBD (IND EI) | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 80. Duke Realty Corp DRE (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 81. Dupont Fabros Technology Inc DFT (IND EI) | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 82. Garmin Ltd Shs GRMN (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 83. Genuine Parts Co GPC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 84. Halyard Health Inc (Spin off from Kimberly Clark) | A | Distribution | | | Spinoff (from line 88) | 11/06/14 | J | | See Note - Pt. VIII |
| 85. Halyard Health Inc | | None | | | Sold | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HCP Inc HCP (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 87. Integrys Energy Grp TEG (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 88. Kimberly Clark KMB (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 89. Kinder Morgan Inc Del KMI (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 90. Mattel Inc MAT (IND EI) | A | Dividend | | | Buy | 02/12/14 | J | | |
| 91. Mattel Inc MAT (IND EI) | | None | | | Sold | 07/18/14 | J | | |
| 92. Meridian Bioscience Inc VIVO (IND EI) | A | Dividend | | | Buy | 02/12/14 | J | | |
| 93. Meridian Bioscience Inc VIVO (IND EI) | | None | | | Sold | 07/18/14 | J | | |
| 94. Merck & Co MRK (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 95. MFA Finl Inc MFA (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 96. Microchip Technology MCHP (IND EI) | A | Distribution | J | T | Buy | 02/12/14 | J | | |
| 97. MVC Cap Inc MVC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 98. Northrop Grumman NOC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 99. One Gas Inc OGS (IND EI) | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 100. Oneok Inc OKE (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 101. PDL Biopharma PDLI (IND EI) | | None | J | T | Buy | 12/19/14 | J | | |
| 102. Paychex Inc PAYX (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Pengrowth Energy Corp PGH (IND EI) | | None | J | T | Buy | 12/19/14 | J | | |
| 104. Pepco Holdings POM (IND EI) | A | Dividend | | | Buy | 02/12/14 | J | | |
| 105. Pepco Holdings POM (IND EI) | | None | | | Sold | 07/18/14 | J | | |
| 106. Pfizer Inc PFE (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 107. Realty Income Corp O (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 108. Reynolds Amern Inc RAI (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 109. RPM Intl Inc RPM (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 110. Science Applications Intl Corp SAIC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 111. Southern Co (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 112. Spectra Energy Corp SE (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 113. Sturm Ruger RGR (IND EI) | A | Dividend | | | Buy | 02/12/14 | J | | |
| 114. Sturm Ruger RGR (IND EI) | | None | | | Sold | 12/12/14 | J | | |
| 115. Universal Health Rlty Income UHT (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 116. Williams Cos Inc WMB (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 117. WP Carey Inc WPC (IND EI) | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 118. Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | 09/24/14 | | | See Note - Pt. VIII |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS -

1. Deferred Compensation Plan - I am no longer contributing or participating in the plan. Administrators will hold previous contributions pursuant to an irrevocable election.

Part II, Line 2 and Part VI, Line 40 on last year's FDR: Funds from State University Retirement System were withdrawn. No funds remain.

VII. INVESTMENTS and TRUSTS --

Pt. VII, Lines 38-118: Lord Abbott Large Cap Core (Line 38) exchanged for Vanguard Institutional Index Fund Plus (Line 118). This was an administrative action due to the former being dropped from the program.

Pt. VII, Line 84: Halyard Health was spun off from Kimberly Clark (Line 88). The account received 5 shares and $23.91 cash distribution in lieu of fractional shares on 11/6/2014. The fund was sold on 12/19/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Bernthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544